IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>OKI DATA CORPORATION and<br>OKI DATA AMERICAS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 09-695-SLR |

**OKI DATA CORPORATION'S AND OKI DATA AMERICAS, INC.'S
<u>MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Oki Data Corporation and Oki Data Americas, Inc. ("Oki Data") respectfully move to dismiss paragraphs 21-24, 29-32, 37-40, 45-48, and 53-56 of the Complaint filed by Plaintiffs Ricoh Company, Ltd. and Ricoh Americas Corporation (D.I. 1).

The grounds for this motion are fully set forth in Oki Data's opening brief in support of this motion. A proposed order is attached hereto.

*Of Counsel:*

Takaaki Nagashima
Marc R. Labgold, Ph.D.
NAGASHIMA & HASHIMOTO
Hirakawa-cho KS Bldg., 2nd Floor
2-4-14 Hirakawa-cho, Chiyoda-ku
Tokyo 102-0093 Japan

Dated: October 24, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Oki Data Corporation and Oki Data Americas, Inc.*

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on October 24, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon, LLP
>1313 N. Market St., Hercules Plaza, 6th Flr.
>P.O. Box 951
>Wilmington, DE 19899-0951
>(302) 984-6000
>*rhorwitz@potteranderson.com*
>*dmoore@potteranderson.com*

I further certify that on October 24, 2011, I caused a copy of the foregoing document to be served by email on the above-listed counsel and on the following:

>John Allcock, Esquire
>Sean C. Cunningham, Esquire
>Edward H. Sikorski, Esquire
>Stanley J. Panikowski, Esquire
>DLA Piper LLP
>401 B Street, Suite 1700
>San Diego, CA  92101-4297
>*john.allcock@dlapiper.com*
>*sean.cunningham@dlapiper.com*
>*ed.sikorski@dlapiper.com*
>*stanley.panikowski@dlapiper.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Oki Data Corporation
and Oki Data Americas, Inc.*