IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>OKI DATA CORPORATION and<br>OKI DATA AMERICAS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 09-695-SLR<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2011, the Court having considered Oki Data Corporation's and Oki Data Americas, Inc.'s ("Oki Data's") Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the briefing submitted by the parties in support of and in opposition to the Motion;

IT IS HEREBY ORDERED that Oki Data's Motion is GRANTED.  Paragraphs 21-24, 29-32, 37-40, 45-48, and 53-56 of the Complaint of Plaintiffs Ricoh Company, Ltd. and Ricoh Americas Corporation (D.I. 1) are dismissed for failure to state a claim upon which relief can be granted.

_____
United States District Judge