AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the District of Delaware_____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>09-695-SLR | DATE FILED<br>9/18/2009 | U.S. DISTRICT COURT<br>for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION | | DEFENDANT<br>OKI DATA CORPORATION and<br>OKI DATA AMERICAS, INC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  5,764, 866 | 6/9/1998 | Ricoh Company Ltd. | |
| 2  US 6,388,771 B1 | 5/14/2002 | Ricoh Company Ltd. | |
| 3  US 6,209,048 B1 | 3/27/2001 | Ricoh Company Ltd., Ricoh Corporation | |
| 4  US 6,212,343 B1 | 4/3/2001 | Ricoh Company Ltd. | |
| 5  5,863,690 | 1/26/1999 | Ricoh Company Ltd. | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>10/24/2011 | INCLUDED BY<br>☐ Amendment  ☑ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  US 7,862,033 B2 | 1/4/2011 | Oki Data Corporation | |
| 2  US 6,926,269 B2 | 8/9/2005 | Oki Data Corporation | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy