# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICOH COMPANY, LTD. and RICOH AMERICAS CORPORATION,<br><br>　　　　Plaintiffs and<br>　　　　Counter-defendants,<br><br>　　v.<br><br>OKI DATA CORPORATION and OKI DATA AMERICAS, INC.,<br><br>　　　　Defendants and<br>　　　　Counter-plaintiffs. | C.A. No. 09-695-SLR |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiffs/counter-defendants Ricoh Company, Ltd. and Ricoh Americas Corporation and defendants/counter-plaintiffs Oki Data Corporation and Oki Data Americas, Inc. that the above-captioned civil action, including all claims and counterclaims asserted therein, is hereby dismissed without prejudice, with each side to bear its own costs, expenses and attorneys' fees.

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE  19899
　　Tel:  (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

*Attorneys for Plaintiffs and*
*Counter-defendants Ricoh Company, Ltd. and*
*Ricoh Americas Corporation*

SHAW KELLER LLP

By:  */s/ John W. Shaw*
　　John W. Shaw (#3362)
　　Jeffrey T. Castellano (#4837)
　　800 Delaware Avenue, 4th Floor
　　Wilmington, DE 19801
　　(302) 559-9623
　　jshaw@shawkeller.com
　　jcastellano@shawkeller.com

*Attorneys for Defendants and*
*Counter-plaintiffs Oki Data Corporation and*
*Oki Data Americas, Inc.*

IT IS SO ORDERED this _____ day of _____, 2011.

                                                                                               U.S.D.J.

1038788/34802